IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN R. SUGALSKI | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| MANUFACTURERS AND TRADERS TRUST COMPANY, t/a M&T BANK | : : | NO. 09-3001 |

### O R D E R

**AND NOW**, this __16th__ day of __July__, 2012, upon consideration of Defendant's Cross-Motion for Summary Judgment (ECF No. 20), Plaintiff's Motion for Partial Summary Judgment (ECF No. 22), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Cross-Motion for Summary Judgment (ECF No. 20) is **DENIED**.

2. Plaintiff's Motion for Partial Summary Judgment (ECF No. 22) is **GRANTED** in part and **DENIED** in part.

    a. The Motion is **GRANTED** as to Plaintiff's claim for severance benefits in Count I and Count II.

    b. The Motion is **DENIED** as to Plaintiff's claim for the Imputed Interest payment in Count I and Count II.

3. This case will proceed in accordance with a scheduling order to be issued by the Court after conference with counsel.

**IT IS SO ORDERED.**

BY THE COURT:

/s/  R. BARCLAY SURRICK, J.